# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK A. CARTWRIGHT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MAURICE JUNIOUS,<br><br>　　　　Respondent. | Case No.: 1:12-cv-00045-LJO-JLT<br><br>ORDER DENYING PETITIONER'S MOTION REQUESTING CASE STATUS<br><br>(Doc. 15) |

In this action in Petitioner seeks relief through a petition for writ of habeas corpus. On October 3, 2014, Petitioner filed the instant motion entitled "Motion for Status Report", requesting that this Court advise Petitioner of the status of his case. (Doc. 15).

Case management at the court proceeds by the order cases are received. However, it bears mentioning that the Eastern District of California is the busiest federal court in the United States, and its docket is filled primarily with prisoner cases. Due to the enormous caseload of the Court, and the Court's detailed and diligent handling of each individual case, Court decisions on the merits of petitions take time. The Court is aware of the existence of Petitioner's case as well as the length of time that it has been pending. Petitioner's case will be ruled on in due course.

With respect to Petitioner's request for a status report on his case, as noted in the Litigant Letter served on Petitioner shortly after the filing of the Petition, the Court will not respond to individual inquiries regarding the status of a particular case. **Petitioner was informed at the outset that the**

**Court would notify him as soon as any action is taken in his case and that as long as Petitioner keeps the Court informed of his current address, he will receive all decisions that might affect the status of his case**. Moreover, repeatedly requesting that the Court individually advise petitioners of the status of their cases is not only impractical, but, from the standpoint of judicial efficiency, would only add to the length of time required to address each case on the merits.

    Accordingly, the Request for Status (Doc. 15), is DENIED.

IT IS SO ORDERED.

    Dated: **October 8, 2014**            **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE